Interborough Rapid Transit Company v. Edward P. Lavin, Individually

and as President of the CONSOLIDATED RAILROAD WORKERS UNION OF GREATER NEW YORK, and Others.— Motion granted. Settle order on notice. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.